the people of the state of New York against August A. Wagner. X. P. Huddy for appellant. E. C. Kindleberger, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE v. WALSH. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Proceedings by the people of the state of New York against Thomas G. Walsh. No opinion. Motion granted. Order filed.

PEOPLE v. WEICK. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Proceedings by the people of the state of New York against Margaret Weick. No opinion. Motion granted, unless appellant be ready for October term. Order filed.

PEOPLE, Respondent, v. WESTCHESTER TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 14, 1907.) Proceedings by the people of the state of New York against the Westchester Traction Company. No opinion. Order affirmed, with $10 costs and disbursements. Stay vacated.

PEOPLE, Respondent, v. WESTCHESTER TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) Proceedings by the people of the state of New York against the Westchester Traction Company. No opinion. Interlocutory judgment affirmed, with costs.

PEOPLE ex rel. ASTOR, Appellant, v. STILLINGS et al., Respondents. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Proceedings by the people of the state of New York, on the relation of William W. Astor, against William E. Stillings and others. B. E. V. McCarty, for appellant. T. Connoly, for respondents. No opinion. Order modified, as directed in order, and, as modified, affirmed, without costs. Order filed.

PEOPLE ex rel. BISHOP v. FEITNER et al. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Proceedings by the people of the state of New York, on the relation of David W. Bishop, against Thomas L. Feitner and others. No opinion. Order affirmed, with costs and disbursements. See 104 N. Y. Supp. 794.

PEOPLE ex rel. BISHOP v. FEITNER et al. (Supreme Court, Appellate Division, First Department. June 28. 1907.) Proceedings by the people of the state of New York, on the relation of David W. Bishop, Jr., against Thomas L. Feitner and others. No opinion. Order affirmed, with costs and disbursements. Order filed. See 104 N. Y. Supp. 794.

PEOPLE ex rel. BISHOP et al., v. FEITNER et al. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Proceedings by the people of the state of New York, on the relation of Florence V. Bishop and others, against Thomas L. Feitner and others. No

opinion. Order affirmed, with costs and disbursements. Order filed. See 104 N. Y. Supp. 794.

PEOPLE ex rel. BROPHY, Respondent, v. BAKER et al., Com'rs, Appellants. (Supreme Court, Appellate Division, Second Department. July 9, 1907.) Proceedings by the people of the state of New York, on the relation of Patrick Brophy, against William T. Baker and another, as municipal civil service commissioners of the city of New York.

PER CURIAM. Final order affirmed, with costs.

HIRSCHBERG, P. J., taking no part.

PEOPLE ex rel. BROOKLYN UNION GAS CO., Respondent, v. MORGAN, Comptroller, Appellant. (Supreme Court, Appellate Division, Third Department. May 24, 1907.) Proceedings by the people of the state of New York, on the relation of the Brooklyn Union Gas Company, against William J. Morgan, as comptroller, etc. No opinion. Motion denied.

PEOPLE ex rel. CASSIDY, Respondent, v. WHALEN, Secretary of State, Appellant. (Supreme Court, Appellate Division, Third Department. August 3, 1907.) Proceedings by the people of the state of New York, on the relation of Owen Cassidy, against John S. Whalen, Secretary of State. No opinion. Order affirmed, with costs. Application for a stay denied.

PEOPLE ex rel. COLLINS v. AHEARN, Borough President. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Proceedings by the people of the state of New York, on the relation of James G. Collins, against John F. Ahearn, as borough president. No opinion. Motion denied, with $10 costs. Order filed.

PEOPLE ex rel. COLLINS, Appellant, v. AHEARN, Borough President, Respondent. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Proceedings by the people of the state of New York, on the relation of James G. Collins, against John F. Ahearn, as borough president, etc. J. W. Browne, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 104 N. Y. Supp. 860.

PEOPLE ex rel. COOPER UNION v. GASS, Register. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Proceedings by the people of the state of New York, on the relation of the Cooper Union, against Frank Gass, register, etc. No opinion. Motion denied. Order filed.

PEOPLE ex rel. CORNMAN et al., Respondents, v. BUTLER, Tenement House Com'r. Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Proceedings by the people of the state of New York, on the relation of Charles Cornman and others,